# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136344

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 136344
                                 COA: 283646
                                 Washtenaw CC: 06-001953-FC
                                               06-001955-FC

LORINZO WYKEEM STENNIS
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008 _____

_____
Clerk